UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENDYL D. STAROSTA,

    Plaintiff,

vs.                                               Case No.: 8:05-cv-1584 -T-MSS

MBNA AMERICA BANK, N.A., *et al.*,

    Defendants.
_____/

## ORDER

**This comes** before the Court for consideration of Plaintiff's Motion to Compel Discovery from Defendant, Wachovia Corporation ("Wachovia") (Dkt. 46) and Wachovia's response in opposition thereto (Dkt. 48), as well as Plaintiff's First Motion for Extension of Time to Complete Discovery (Dkt. 47).

**Motion to Compel (Dkt. 46)**

In the Motion to Compel, Plaintiff is seeking additional documents and information from Wachovia responsive to her Request for Production of Documents served on January 30, 2006. In response, Wachovia informs the Court that it has produced all the documents in its possession that are responsive to any non-objectionable demand made by Plaintiff. In addition, Wachovia asks that the Court refrain from compelling it to produce anything further until such time as the Court addresses the Motions to Dismiss filed in this case by Wachovia and the other Defendants. Upon consideration, it is **ORDERED** that Plaintiff's Motion to Compel (Dkt. 42) is **DENIED without PREJUDICE**.

Discovery in this case is stayed pending the Court's resolution of the pending Motions to Dismiss. If it is necessary or appropriate after the resolution of the Motions to Dismiss, Plaintiff may

re-file her Motion to Compel.

**Motion of Extension of Time to Complete Discovery (Dkt. 47)**

Based on the Court's decision to stay discovery in this case, Plaintiff's Motion for Extension of Time to Complete Discovery (Dkt. 47) is **DENIED as MOOT**.

**DONE and ORDERED** in Tampa, Florida on this 26th day of June 2006.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record